**Clinton BEDELL, Plaintiff–Appellant,**

v.

**GREENSVILLE CORRECTIONAL CENTER; F.J.C.A.; Vermont Department of Corrections; John F. Gorczyk; Terry Mosher; Shauna Rowell; Virginia Department of Corrections; Ron Angelone; Interstate Compact Contract # 0946130; D.A. Garraghty; C. Davis; R. Davis; Gene Johnson; Warner; Jim Gilmore; Samuel Bates; F.S. Spence; M. Millard; Nurse Boney; Vermont Governor; Doctor General; Doctor Gay; Doctor Lewis; Doctor Fielding; N. Labriola; B. Carabello; F. Roach; Commanding Officer Everette; Howard Dean; Vermont–Virginia Interstate Compact # 0946130; Financial Institutions and Trust Accounts Paid by Vermont to Virginia to House Inmates at Greensville; Security Officers; Isaiah Peck; Mitchell; Gambrell; Everett; Garcia; Lieutenant Walker; M.L. Boone, Sergeant; Chism; Jackson; Williams; Clery; Carpenter; Brown; Philips; DeLoach; Lawrence; R. Clark; Carpino, Caseworker-mental health; Curiel; B. Blakely; Miss Brooks, Defendants–Appellees.**

No. 02–6469.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 7, 2002.

Clinton Bedell, Appellant Pro Se.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clinton Bedell appeals the district court order and judgment dismissing his complaint for failing to include an original signature as required by Rule 11(a) of the Federal Rules of Civil Procedure. We have reviewed the record and the district court's order and affirm on the reasoning of the district court. *See Bedell v. Greensville Correctional,* No. CA–01–892–2 (E.D.Va. Mar. 12, 2002). We dispense with oral argument because the facts and legal conclusions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*